**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8090**

---

In Re:  STEVEN LESTER,

Petitioner.

---

On Petition for Writ of Mandamus.  (CA-99-3122-4)

---

Submitted:  June 12, 2002            Decided:  July 3, 2002

---

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

---

Petition dismissed by unpublished per curiam opinion.

---

Steven Lester, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Lester petitions this court for a writ of mandamus directing the district court to rule on his habeas corpus petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001), which Lester filed in September 1999. The district court docket sheet reveals that on June 10, 2002, the district court entered a final order denying relief on Lester's § 2254 petition. Accordingly, Lester has received the relief he seeks in his mandamus petition. Although we grant Lester leave to proceed in forma pauperis, we dismiss the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DISMISSED</u>

2